NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TAJIMIER, INC.,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2025-1438

---

Appeal from the United States Court of Federal Claims in No. 1:24-cv-00313-TMD, Judge Thompson M. Dietz.

---

**O R D E R**

Upon consideration of Tajimier, Inc.'s failure to pay the docketing fee and to file an entry of appearance,

IT IS ORDERED THAT:

2                                                    TAJIMIER, INC. v. US

Pursuant to the court's March 12, 2025 order, this appeal is dismissed for failure to prosecute.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

May 7, 2025
Date